Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Fernando R. Mayoral

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| FERNANDO R. MAYORAL, | Case No.: EDCV 11-606 JVS PJW |
| Plaintiff, | /~~PROPOSED~~/ ORDER OF DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.
DATE: November 9, 2011

_____
THE HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

-1-

1  DATE: November 7, 2011        Respectfully submitted,

2                                LAW OFFICES OF LAWRENCE D. ROHLFING
                                      /s/ Denise Bourgeois Haley
3                             BY:_____
                                 Denise Bourgeois Haley
4                                Attorney for plaintiff Fernando R. Mayoral

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER EDCV 11-606 JVS PJW**

1
2
3    I hereby certify that I electronically filed the foregoing with the Clerk of the
4    Court for this court by using the CM/ECF system on November 7, 2011.
5    I certify that all participants in the case are registered CM/ECF users and
6    that service will be accomplished by the CM/ECF system.
7
                    */s/ Denise Bourgeois Haley*
8
                    _____
9                   Denise Bourgeois Haley
                    Attorneys for Plaintiff
10                  _____
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26