UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO R. MAYORAL, </br></br> Plaintiff, </br></br> v. </br></br> MICHAEL J. ASTRUE, </br> COMMISSIONER OF THE </br> SOCIAL SECURITY ADMINISTRATION, </br></br> Defendant. | Case No. ED CV 11-606-JVS (PJW) </br></br> J U D G M E N T |

In accordance with the Stipulation and Order of Dismissal filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED: <u>November 8, 2011</u>

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Soc Sec\MAYORAL, 606\Judgment.wpd